UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HECTOR MEDINA,

                              Petitioner,                        19-cv-10724 (PKC)
                                                                15-cr-778 (PKC)

                 -against-                                       ORDER


UNITED STATES OF AMERICA,

                              Respondent.
------------------------------------------------------------x

CASTEL, U.S.D.J.

          For good cause shown, the Court Orders that documents filed as Documents 1-13

under 19 cv 10724(PKC) and Documents 170, 171, 182, 183, 184, 187, 192, 215, 229 and 233 in

15 cr 778(PKC) be sealed by the Clerk and removed from public view.


          SO ORDERED.

                                                    P. Kevin Castel
                                              United States District Judge


Dated: New York, New York
       February 17, 2021