UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                             15-cr-778 (PKC)

        -against-                                                          ORDER

HECTOR MEDINA,

                            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Mr. Medina was sentenced on June 19, 2017 upon his plea of guilty. He challenged his sentence on appeal and the Second Circuit affirmed this Court's judgment. He filed a section 2255 motion which was denied on January 5, 2021. He filed no appeal.

        He has retained two attorneys who filed notices of appearance in July and September of 2024. (ECF 247 & 248.) He had three CJA attorneys appointed during the course of this action and now asks the Court to appoint yet another CJA lawyer because he has become disenchanted with his two newly-retained lawyers.

        There is no application presently before this Court to which an application for the appointment of counsel could attach. The application is DENIED.

        SO ORDERED.

                                                              P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
            December 17, 2024

COPY MAILED TO: Hector Medina, Reg. No. 55019-054, FCI Oxford, Federal Correctional Institution, P.O. Box 1000, Oxford, WI 53952